CHARLES L. RAYMOND, complainant and appellant,

*v.*

THE UNITED STATES STEEL CORPORATION et al., defendants
and respondents.

[Filed October 11th, 1902.]

A holder of common stock of the corporation cannot question the plan
of the company for the conversion of its preferred stock into bonds.

On appeal from an order of Vice-Chancellor Emery, who
delivered the following conclusions:

EMERY, V. C.

This is an application on behalf of a holder of common
stock to enjoin the conversion referred to in the *Berger Case,*
and was argued with the application in that case by Mr. Edward
A. Day for Raymond.

In the view which I take of this case at present, the common
stockholder occupies a position entirely different from that of
a preferred stockholder.

The reason upon which I base my conclusions as to the il-
legality of the plan, in reference to a preferred stockholder, is
that the plan is a preferential distribution among the holders
of preferred stock of assets made available on a reduction of
the preferred stock. So far as the common stockholder is con-
cerned, if all the preferred stockholders are satisfied with this
distribution, I see no reason for the common stockholder to com-
plain, because at the time of the organization of this company
and the issuing of the common stock all companies had the right
to reduce any class of their stock. So far as the common stock-
holder is concerned, this is a reduction of the preferred stock,
and a distribution of assets arising from the reduction, and, so
far as I now look at it, it is of no concern to any holders of the
common stock whether, as between themselves, the preferred
stockholders get their equal shares or not. Standing merely as

a common stockholder, I do not see that he has any right to question the plan. The difference in the *status* was not suggested at the argument, and if counsel desires to be heard further upon that point of view, I will delay the decision of this case, otherwise I will advise an order that the application for preliminary injunction be denied.

Per Curiam.

For the reasons given in the opinion of Justice Van Syckel, in the case of *Berger* v. *United States Steel Corporation, ante p. 809,* the order of the court of chancery is affirmed, with costs in this court and the court below.

*For affirmance*—The Chief-Justice, Van Syckel, Collins, Fort, Garretson, Hendrickson, Bogert, Vroom—8.

*For reversal*—Garrison, Pitney, Voorhees—3.